

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00189-CR

Henry Benjamin **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0646
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

Delivered and Filed: May 15, 2024

DISMISSED FOR WANT OF JURISDICTION

Appellant Henry Benjamin David Jones pled *nolo contendere* to three counts of failure to stop and render aid in a collision involving injury. *See* TEX. TRANSP. CODE ANN. § 550.021. On August 7, 2018, Jones was convicted on all three counts. He was sentenced to confinement for five years in TDCJ-ID, but his confinement was suspended, and he was placed on community supervision.

After Jones allegedly violated conditions of his community supervision, the State moved to revoke his probation.

On November 13, 2023, the trial court extended the period of Jones's community supervision and ordered him to enter the Bexar County Dually Diagnosed Residential Facility (DDRF) for in-patient care.

On February 28, 2024, Jones filed a motion for new trial, and in March 2024, he filed a notice of appeal. He complains that he has not yet been started in the DDRF program.

On March 22, 2024, we advised Jones that "[t]here is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision." *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) (citing *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977)). We ordered him to show cause in writing by April 8, 2024, why this appeal should not be dismissed for want of jurisdiction. *See Davis*, 195 S.W.3d at 711.

To date, Jones has not filed a response.

Because the legislature has not authorized a direct appeal in these circumstances, *see id.*, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do not publish